UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

John Dematos, et al
        Plaintiffs,                  CIVIL ACTION
                                            NO. 05-10372-PBS
    v.

General Transportation Services, Inc.
        Defendant.

## NOTICE OF RESCHEDULED SCHEDULING CONFERENCE

SARIS, U.S.D.J.                                                                          March 25, 2005

      The Scheduling Conference previously scheduled for April 27, 2005 at 2:45 p.m., has been **rescheduled** to **April 27, 2005, at 4:15 p.m.**

**NOTE: Change is to time only.**

                                                                         By the Court,

                                                                     ./s/ Robert C. Alba
                                                                     Deputy Clerk

Copies to: All Counsel

resched.ntc