**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


John Dematos, et al

        Plaintiff

                                            CIVIL ACTION

      V.                                  05-10372 -PBS

Marshall Hazard et al

        Defendant


### ORDER OF REFERENCE FOR
### ALTERNATIVE DISPUTE RESOLUTION


        After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to the ADR program for assignment of the following:


      _____ EARLY NEUTRAL EVALUATION     ___X___ MEDIATION: Summer, 2005

      _____ MINI-TRIAL                   _____ SUMMARY JURY TRIAL

      _____ SETTLEMENT CONFERENCE     _____ SPECIAL MASTER

      _____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM


        Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program.    If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.


                                         HON. PATTI B. SARIS
                                         UNITED STATES DISTRICT JUDGE
                                         BY: /s/ Robert C. Alba_____
DATE:  April 27, 2005                       DEPUTY CLERK


### CASE CATEGORY


| | | | |
|---|---|---|---|
| Admiralty | _____ | Antitrust | _____ |
| Civil Rights | _____ | Contract | _____ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | _____ |
| Labor Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | _____ | Product Liability | _____ |
| Shareholder Dispute | _____ | | |
| Other | _____ | | |