UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

John Dematos, et al
Plaintiff,

V.                                                   Civil Action Number
                                                     05-10372-PBS

Marshall Hazard, et al
Defendant.                                           April 27, 2005

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 9/30/05

Plaintiff's expert designation deadline: 10/30/05

Defendant's expert designation deadline: 11/30/05

Expert discovery deadline: 12/30/05

Final Pretrial Conference: 4/5/06 at 2:00 p.m.

Jury Trial: 4/10/06 at 9:00 a.m.

Case to be referred to Mediation program: Summer, 2005

By the Court,

/s/ Robert C. Alba
Deputy Clerk