UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN C. DEMATOS and<br>KELLIE ARRUDA,<br>　　*Plaintiffs*<br><br>Vs.<br><br>MARSHALL S. HAZARD and<br>GENERAL TRANSPORTATION SERVICE,<br>　　*Defendants* | NO. 1:05-CV-10372 - PBS |

## NOTICE OF APPEARANCE

Kindly enter my appearance as attorney for the defendants, Marshall S. Hazard and General Transportation Service, in the above-entitled matter.

/s/ Gordon L. Sykes
Gordon L. Sykes
BBO #555580
Morrison Mahoney LLP
10 North Main Street
Fall River, MA  02720
508-677-3100