UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN C. DEMATOS, et al  )
  *Plaintiffs*   )
        )  CIVIL ACTION NO.: 05-10372
Vs.       )
        )
MARSHALL S. HAZARD, et al )
  *Defendants*   )
        \

## DEFENDANTS, MARSHALL S. HAZARD, et al, AUTOMATIC DISCLOSURE

Pursuant to Fed. R. Civ. P. 26(a)(1) and L. R. 26.2(A), the defendants, Marshall S.

Hazard, et al, make the following automatic disclosure:

I. Individuals Likely To Have Discoverable Information

 1. All named plaintiffs;

 2. All named defendants;

 3. Eban Morandi;

 4. Robert E. O'Neil, Jr.;

 5. Officer Richard J. Pacheco;

 6. Joseph Tschupp;

 7. Dr. William Fishbaugh, Jr., and

 8. Dr. Murray Goldman.

 The defendants will supplement this list as additional names of individuals

become known.

II. Documents That Are Potentially Relevant To The Proceeding

 1. Motor Vehicle Crash Police Report dated January 17, 2002.

 2. Statement of Richard J. Pacheco;

3. Statement of Marshall S. Hazard;

4. Statement of John DeMatos;

5. Statement of Eban Morandi;

6. Statement of Joseph Tschupp;

7. Citation given to Marshall Hazard on January 17, 2002;

8. Photographs of plaintiff, Kellie Arruda's, alleged injuries;

9. Standard-Times article authored by Curt Brown;

10. Results of civil and criminal action background search on John DeMatos, and

11. Terminal Manager's report dated January 17, 2002.

III.    <u>Insurance Agreements</u>

Available upon request.

By Their Attorneys,

**MORRISON MAHONEY LLP**

Gordon L. Sykes
BBO# 555580
Brian R. Sullivan
BBO# 648576
MORRISON MAHONEY LLP
10 North Main Street
Fall River, MA 02720
(508) 677-3100

Dated April 25, 2005

| AT INTERSECTION: | < LOCATION > | NOT AT INTERSECTION: | |
|---|---|---|---|

**6 EAST** Address # **RTE 6 STATE ROAD** Name of Roadway/Street — 2⁹

| Route# | Direction | Name of Roadway/Street |
|---|---|---|
| 1 | | At |

ENTERED

Feet N S E W of Mile marker / Exit Number — 2¹⁰

| Route# | Direction | Name of Intersecting Roadway/Street |
|---|---|---|
| | | Also at Intersection with |

Feet N S E W of

**83.9** Feet N S E **X** of Route# / Intersecting Roadway/Street **703 STATE ROAD** Landmark — 3¹¹

| Route# | Direction | Name of Intersecting Roadway/Street |
|---|---|---|
| 2 | | |

---

**Please Select One of the Following:** ☒ Vehicle 1 # Occupants ☐ Hit/Run ☐ Moped **02-1321** **02-83-AC 1.016**

License # **8452927** St **RI** DOB/Age **07/22/67** Reg # **50821** Reg Type **Com** Reg State **RI**

Sex **M** Lic. Class⁸ **1** Lic. Restrictions **1**¹⁹ CDL **NO** Endorsement Veh Year **2000** Veh Make **INTERNATIONAL** Veh Config. **13**²⁰

Operator **HAZARD MARSHALL Scott** — Last First Middle
Owner **GENERAL TRANSPORTATION SERVICES INC.** — Last First Middle — 12

Address **7 Continental Street** — Last First Middle
Address **51 CIRCUIT DRIVE**

City **NARRAGANSETT** State **RI** Zip **02882**
City **N. KINGSTOWN** State **RI** Zip **02852**

Insurance Company **MARSH USA INC.**

Vehicle Action Prior to Crash **4**²¹ - Damaged Area Code: (Circle Up to Three)

Vehicle Travel Direction: N S E **W** Responding to Emergency? **NO**
Event Sequence **22 22 22**²²

Citation # (If Issued) **K0186410**
Most Harmful Event **1**²³ **10 Undercarriage** (circled)

Violation 1: Ch ___ Sec ___ Violation 2: Ch ___ Sec ___
Driver Contributing Code **6**²⁴ **9**²⁴ **11 Totaled**

Violation 3: Ch ___ Sec ___ Violation 4: Ch ___ Sec ___
Underride/Override **1**²⁵ Towed **YES**

---

**Please fill out for operator and all occupants involved**

| Name (Last First Middle) / Address | DOB/Age | Sex | 26 Seat Pos. | 27 Safety System | 28 Airbag Status | 29 Airbag Switch | 30 Eject Code | 31 Trap Code | 32 Injury Status | 33 Transp. Code | Medical Facility |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Operator / See Above | --- | --- | D | 5 | 99 | 0 | 2 | 2 | 2 | St. LUKES |
| O'NEIL, Robert JR 103 EAGLE STREET WOONSOCKET RI. 02895 | 10/17/73 | M | 3 | 0 | 99 | 99 | 0 | 0 | 4 | 2 | St. LUKES |

---

**Please Select One of the Following:** ☒ Vehicle 2 **3** # Occupants ☐ Non-Motorist A Type ___¹⁴ Action ___¹⁵ Location ___¹⁶ Condition ___¹⁷ ☐ Hit/Run ☐ Moped

License # **S08646 1944** St **MA** DOB/Age **02/25/69** Reg # **AA71887** Reg Type **COM** Reg State **AZ**

Sex **M** Lic. Class **D**⁸ Lic. Restrictions **1**¹⁹ CDL **NO** Endorsement Veh Year **1990** Veh Make **TOYOTA** Veh Config. **2**

Operator **DEMATOS JOHN C.** — Last First Middle
Owner **U-HAUL CO. OF COLORADO** — Last First Middle

Address **1770 PLEASANT STREET** — Last First Middle
Address **P.O. BOX 21508**

City **FALL RIVER** State **MA** Zip ___
City **PHOENIX** State **AZ** Zip **85036**

Insurance Company **REPUBLIC WESTERN INS. CO.**

Vehicle Action Prior to Crash **A**²¹ - Damaged Area Code: (Circle Up to Three)

Vehicle Travel Direction: N S E **W** Responding to Emergency? **NO**
Event Sequence **22**²²

Citation # (If Issued) **N/A**
Most Harmful Event **1**²³ **10 Undercarriage** **11 Totaled** (circled)

Violation 1: Ch ___ Sec ___ Violation 2: Ch ___ Sec ___
Driver Contributing Code **X**²⁴ ___²⁴

Violation 3: Ch ___ Sec ___ Violation 4: Ch ___ Sec ___
Underride/Override **1**²⁵ Towed **YES**

---

**Please fill out for operator/non-motorist and all occupants involved**

| Name (Last First Middle) / Address | DOB/Age | Sex | 26 Seat Pos. | 27 Safety System | 28 Airbag Status | 29 Airbag Switch | 30 Eject Code | 31 Trap Code | 32 Injury Status | 33 Transp. Code | Medical Facility |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Operator/Non-Motorist / See Above | --- | --- | 0 | 5 | 99 | 0 | 0 | 2 | 2 | St. LUKES |
| KELLY, ALINDA 1770 PLEASANT STREET Fall River, MA | 10/31/78 | F | 2 | 0 | 5 | 99 | 0 | 0 | 3 | 2 | St. LUKES |
| Militano, EBAN 241 PITMAN STREET Fall River, MA | 03/04/85 | M | 3 | 0 | 5 | 99 | 0 | 2 | 3 | 2 | St. LUKES |

**Crash Diagram:**

ie: → 1 → 2 → X



RTE 6 EAST

TASH AWAY

If Crash **Did Not** Occur on a Public Way:

☐ Off-Street Parking Lot
☐ Garage
☐ Mall/Shopping Center
☐ Other Private Way

**Crash Narrative:** PLEASE SEE ATTACHED NARRATIVE.

**Witnesses:**

| Name (Last, First, Middle) | Address | Phone # | Statement |
|---|---|---|---|
| TSCHUPP, JOSEPH | 342 OLD WESTPORT ROAD | (508) 992 3690 | |

**Property Damage:**

| Owner (Last, First, Middle) | Address | Phone # | 34-Type | Description of Damaged Property |
|---|---|---|---|---|
| | | | | |

**Truck and Bus Information:**

Registration # 5C821                (From Vehicle Section)

Carrier Name SENERAL TRANSPORTATION SERVICES                Carrier Issuing Authority Code [35]

Address 51 CIRCUIT DRIVE                City N. KINGSTON                St RI                Zip 02852

US DOT #: 281716                State Number                Issuing State                ICC #: 181215                Interstate [1] [36]

Cargo Body Type Code 97 [37]                Gross Vehicle Weight 2 [38]

Trailer Reg #:                Reg Type                Reg State                Reg Year                Trailer Length [39]

**Hazmat Information:**

Placard [40]                Material 1 digit # [41]                Material Name                Material 4 digit #                Release code [42]

Richard J. Pacheco                Richard J Pacheco #3305                DARTMOUTH P.D.                01/17/02
Police Officer Name (Please Print)                Signature                ID/Badge #                Department                Precinct/Barracks                Date

CDP1 11-24-00

**\*\*\* STATEMENT AS WRITTEN AND SIGNED BY PTL. R.J. PACHECO \*\*\***

"ON 1/17/02, AT APPROXIMATELY 10:16 HRS., I PTL. R. J. PACHECO, ALONG WITH PTL. J. BROOKS, AND R. MEDEIROS WERE DISPATCH TO THE AREA OF RTE 6 EAST BY ASH AWAY FOR A REPORTED SIGNAL FOUR (MVA WITH INJURIES).

UPON MY ARRIVAL, I OBSERVED A LARGE WHITE CONTAINER TRUCK RESTING UPON AN ORANGE U HAUL TRUCK. BOTH VEHICLES CAME TO REST FACING NORTH IN THE CUT THROUGH AT MAINE AVE. BETWEEN THE EAST AND WEST BOUND TRAVEL LANE OF RTE 6. AS I APPROACHED THE LARGE WHITE CONTAINER TRUCK I IMMEDIATELY BECAME AWARE THAT THE DRIVERS SIDE SADDLE TYPE FUEL CELL HAD BEEN RUPTURED. DIESEL FUEL WAS POURING OUT OF THE RUPTURED CELL ONTO THE ROADWAY. I IMMEDIATELY SUMMONED SGT. D. MCGUIRE TO THE ACCIDENT SCENE, AS WELL AS TWO AMBULANCES AND THE FIRE DEPARTMENT.

WITHIN MINUTES, RESCUE ONE AND THE FIRE DEPT. WERE ON SCENE TREATING THE INJURED PARTIES. THE OPERATOR OF VEH. #1 2000 INTERNATIONAL FLEET 4700 BEARING R.I. CON REG 50821 WAS MR. MARSHALL SCOTT HAZARD. MR. HAZARD WAS LODGED UNDERNEATH THE DASHBOARD OF VEH. #1. MR. HAZARD WAS CONSCIOUS AND ALERT. THE PASSENGER TO VEH. #1 MR. ROBERT O'NEILL JR WAS STANDING OUTSIDE OF VEH. #1 ON THE PASSENGER SIDE. I WAS UNABLE TO SPEAK WITH MR. HAZARD AT THE SCENE.

VEH. #2 ,A 1990 TOYOTA UHAUL BOX TYPE BEARING AZ CON REG AA71887, WAS OPERATED BY MR. JOHN DEMATOS. MR. DEMATOS WAS PARTIALLY IN THE DRIVERS COMPARTMENT, WITH HIS LEG OUT OF THE VEHICLE. MR. DEMATOS HAD VISIBLE INJURY TO THE HEAD REGION. THE WINDSHIELD ON THE DRIVERS SIDE OF THE U HAUL TRUCK INDICATED THAT MR. DEMATOS HEAD HAD GONE THROUGH IT.

THE MIDDLE SEAT PASSENGER OF VEH #2, MS. KELLIE ARRUDA, WAS STILL SEATED IN THAT LOCATION AND WAS COMPLAINING OF PAIN ALL OVER. THE THIRD PASSENGER OF VEH. #2 MR. EDAN MORANDI WAS SEATED IN THE PASSENGER SEAT AND COMPLAINED OF RIGHT ARM AND HEAD PAIN. I INQUIRED IF THE OCCUPANTS WERE WEARING SEATBELTS AND THEY INFORMED ME "NO".

I WAS UNABLE TO SPEAK TO MR. DEMATOS DUE TO HIS INJURIES SUSTAINED IN THE ACCIDENT. I WAS ALSO UNABLE TO OBTAIN MR. DEMATOS DRIVERS LICENSE OR THE REGISTRATION TO THE UHAUL TRUCK AT THE SCENE. THE D.E.M. WAS CONTACTED AND ADVISED OF THE DIESEL FUEL LEAK, AS A RESULT FRANK CORP. WAS REQUESTED TO RESPOND AS WELL AS THE STATE D.P.W. FOR FUEL CLEAN UP. RTE 6 TRAFFIC FOR THE EASTBOUND LANE WAS TEMPORARILY SHUT DOWN TO ONE LANE OF TRAVEL. BOTH WEST BOUND TRAVEL LANES WERE TEMPORARILY DIVERTED EAST.

DARTMOUTH TOWING WAS SUMMONED TO REMOVE THE TRUCKS INVOLVED OFF OF THE ROADWAY, AFTER CLEARING THE ACCIDENT SCENE, I RESPONDED TO ST. LUKES HOSPITAL TO SPEAK WITH THE OPERATORS INVOLVED. ONCE AT ST. LUKES I HAD CONVERSATION WITH MR. HAZARD IN THE E.R. MR. HAZARD PROVIDED ME WITH A VERBAL AND WRITTEN STATEMENT AT THIS TIME. I HAD ASKED MR. HAZARD IF HE RECALLED WHAT HAD

HAPPENED. MR. HAZARD STATED " YES". I THEN ASKED MR. HAZARD TO TELL ME WHAT HAD HAPPENED PRIOR TO THE ACCIDENT.

MR. HAZARD STATED "I REMEMBER TRAVELING EAST ON RTE 6 WITH MY PARTNER BOB. WE WERE LOOKING FOR OUR NEXT DELIVERY. I REMEMBER TURNING ON MY LEFT DIRECTIONAL AND LOOKING INTO THE DRIVERS SIDE MIRROR. I DID NOT SEE ANYONE SO I TURNED. I DON'T RECALL ANYTHING AFTER THAT". MR. HAZARD THEN INQUIRED HOW BOB WAS DOING. PLEASE SEE HAZARDS WRITTEN STATEMENT.

WHILE AT ST. LUKES, I ATTEMPTED TO SPEAK WITH OPERATOR #2 MR. DEMATOS. I WAS INFORMED BY E.R. STAFF THAT MR. DEMATOS WAS UNDERGOING SOME TESTS AND WOULDN'T BE AVAILABLE TO SPEAK WITH ME. MS. ARRUDA WAS ALSO IN X-RAY AND UNABLE TO SPEAK WITH ME. MR. MORANDI (PASSENGER TO VEH. #2) WAS SEATED IN THE E.R. WAITING ROOM AND PROVIDED ME WITH BOTH A VERBAL AND WRITTEN STATEMENT. MR. MORANDI STATED THAT THE U HAUL TRUCK OPERATED BY MR. DEMATOS WAS TRAVELING EAST IN THE LEFT TRAVEL LANE. MR. MORANDI FURTHER STATED THAT THE WHITE CONTAINER TRUCK WAS ALSO TRAVELING INTO HE EAST BOUND TRAVEL LANE BUT WAS IN THE RIGHT LANE. MR. MORANDI STATED THAT THE WHITE TRUCK BEGAN TO SLOW DOWN AND HE THOUGHT THE WHITE TRUCK WAS GOING TO TURN RIGHT INTO THE ASH AWAY PARKING LOT. AS MR. DEMATOS BEGAN PASSING THE WHITE CONTAINER TRUCK, THE OPERATOR OF THE WHITE TRUCK DID NOT ACTIVATE HIS DIRECTIONAL AND TURNED  LEFT TO MAKE A U TURN ACROSS BOTH EASTBOUND TRAVEL LANES.

ONCE THE WHITE CONTAINER TRUCK HAD TURNED LEFT AND ENTERED THE EAST BOUND (LEFT) TRAVEL LANE THAT MR. DEMATOS OCCUPIED THERE WAS NO TIME TO AVOID AN ACCIDENT. PLEASE SEE MR. MORANDI'S WRITTEN STATEMENT. PLEASE NOTE THE ROADS WERE ALSO WET FROM PAST SNOW AND RAIN FALL.

A WITNESS MR. JOSEPH TSCHUPP STOPPED AND REMAINED ON THE SCENE TO FILL OUT A WITNESS STATEMENT FORM. MR. TSCHUPP STATED THAT HE WAS TRAVELING EAST ON RTE 6. MR. TSCHUPP WAS TRAVELING EAST APPROX 300 FT BEHIND THE WHITE TRUCK. MR. TSCHUPP FURTHER STATED THAT HE OBSERVED THE WHITE TRUCK TRAVELLING EAST ON RTE 6 IN THE RIGHT LANE AND THE U HAUL TRUCK TRAVELING EAST IN THE LEFT LANE. MR. TSCHUPP STATED THAT HE OBSERVED THE WHITE TRUCK BEGIN TO SLOW DOWN, WHICH APPEARED AS IF IT WERE GOING TO TURN RIGHT INTO THE PARKING LOT OF ASH AWAY.

AS THE WHITE TRUCK SLOWED EVEN MORE, THE U HAUL TRUCK BEGAN OVER TAKING THE WHITE TRUCK IN THE LEFT LANE.

MR. TSCHUPP STATED THAT HE THEN OBSERVED THE WHITE TRUCK, WITHOUT A SIGNAL TO WARN OF HIS INTENTION TO TURN, CUT ACROSS THE LEFT LANE. THIS ACTION DID NOT LEAVE THE U HAUL TRUCK ANY ROOM TO AVOID A COLLISION.  MR. TSCHUPP ALSO INDICATED THAT THE UHAUL WAS TRAVELING WITHIN THE SPEED LIMIT. PLEASE SEE WITNESS STATEMENT PROVIDED BY TSCHUPP.

TRP. M. SMALLWOOD OF THE MASS STATE POLICE TRUCK TEAM CONDUCTED A TEST OF THE 2000 INTERNATIONAL FLEET TRUCKS LIGHTING SYSTEM. TRP. SMALLWOOD DISCOVERED

THAT THE SIGNAL LIGHTS WERE NON FUNCTIONAL. TRP. SMALLWOOD STATED IT WAS
UNDETERMINED IF THE FAILURE WAS A RESULT OF THE ACCIDENT.

 WILL BE ATTEMPTING TO OBTAIN A WRITTEN OPERATORS STATEMENT FROM MR. DEMATOS
WHEN HE IS ABLE TO COMMUNICATE.

MR. HAZARD WAS ISSUED A ██████████████████████████████████████████████)
████████/ THIS CITATION WAS HANDED TO MR. HAZARD AT ST. LUKES ALONG WITH HIS
WALLET, CAR KEYS AND LUNCH BAG.

MR. DEMATOS WAS GIVEN A VERBAL WARNING FOR FAILURE TO WEAR SAFETY RESTRAINTS.

SIGNED: PTL. R.J. PACHECO

*** STATEMENT AS WRITTEN AND SIGNED BY MARSHALL S. HAZARD ON 1/17/02 ***
OPERATOR #1

"I MARSHALL HAZARD & MY HELPER BOB WERE TRAVELING TO OUR NEXT STOP, WHEN I
SIGNALED TO GET INTO THE LEFT LANE A WHICH TIME ALL I REMEMBER WAS GETTING HIT
BY A VEHICLE. I LOOKED INTO MY SIDE MIRROR & SEEN NO VEHICLES I THEN PROCEEDED TO
TURN WHEN AT THIS TIME BOB & I GOT HIM FROM THE SIDE AREA".


SIGNED: MARSHALL S. HAZARD

*** STATEMENT AS WRITTEN AND SIGNED BY JOHN DEMATOS ON 2/1/02 ***
OPERATOR #2

"AS I PROCEEDED DOWN RT. 6 IN THE LEFT LANE I REMEMBER THE TRUCK ATTEMPTING TO
CROSS OVER INTO MY LANE I THEN REMEMBER HITTING MY BRAKES AND I WAS KNOCKED
OUT ON IMPACT NEXT THING I KNOW I WOKE UP IN THE HOSPITAL".


SIGNED: JOHN DEMATOS

*** STATEMENT AS WRITTEN AND SIGNED BY EBAN MORANDI ON 1/17/02 ***
PASSENGER/VEH. #2

"WE WERE DRIVING DOWN THE ROAD ON THE LEFT LANE. THERE WAS A TRUCK ON THE
RIGHT LANE AND IT TOOK A LEFT WIDE TURN TO THE OTHER SIDE OF THE ROAD AND WE
DIDN'T KNOW UNTIL HE TURNED. WHEN HE DID IT WAS TO LATE TO DO ANYTHING. THE ROAD
WAS WET AND SLIPPERY TO STOP QUICK. I DON'T RECALL SEEING ANY DIRECTION SIGNALLS
ON WHEN TRUCK WAS TURNING".


SIGNED: EBAN MORANDI

*** STATEMENT AS WRITTEN AND SIGNED BY JOSEPH TSCHUPP ON 1/17/02 ***
WITNESS

"WHILE DRIVING WEST ON ROUTE 6, I OBSERVED THE WHITE TRUCK ALSO TRAVELING WEST, SLOW DOWN ON WHAT APPEARED TO BE MAKING A TURN INTO ASHAWAYS PARKING LOT. FROM THE RIGHT LANE, HE TURNED LEFT TO CROSS OVER TO THE OTHER SIDE OF ROUTE 6. HE DID NOT SIGNAL NOR GIVE ANY OTHER WARNING.

THE UHAUL TRUCK WAS TRAVELING WEST ON ROUTE 6 IN THE LEFT LANE WITHIN THE SPEED LIMIT. HE WAS GOING TO PASS THE WHITE TRUCK WHICH HAD SLOWED DOWN. HE (UHAUL) WAS CUT OFF BY THE WHITE TRUCK. HE HAD NO CHANCE FOR EVASIVE MANEUVERING".


SIGNED: JOSEPH TSCHUPP

VIOLATOR COPY







| Subj: | **Kellies right leg** |
|---|---|
| Date: | 1/18/02 12:12:54 PM Eastern Standard Time |
| From: | ████████████████████ |
| Reply-to: | ████████████████████████ |
| To: | ████████████████████████ |

This is a picture of kellies right leg.....





---------------------- Headers ----------------------------
Return-Path █████████████████████
Received: from ███████████████████████████████████████
(v82.22) with ████████████████████████████████████████
Received: from ██████████████████████████████████████
with █████████████████████████ Fri, 18 Jan 2002 12:12:17 -0500
Received: from ████████████████████████████████████████
    for ◄████████████████████► Fri, 18 Jan 2002 12:10:04 -0500
Message-ID: ███████████████████████████████
Reply-To: ██████████████████████████
From: █████████████████████████
To: ████████████████
Subject: Kellies right leg
Date: Fri, 18 Jan 2002 12:08:30 -0800
MIME-Version: 1.0
Content-Type: multipart/related;
    type="multipart/alternative";
    boundary="----=_█████████████████████
X-Priority: 3
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook Express█████████████
X-MimeOLE: Produced By Microsoft ███████████████████

| Subj: | **Kellie left leg** |
| Date: | 1/18/02 12:11:03 PM Eastern Standard Time |
| From: | |
| Reply-to: | |
| To: | |

This is a picture of kellies left leg...



6:58 AN 139454 N

## EPORT: **DARTMOUTH&WESTPORT**

The Standard-Times, New Bedford, M

# 5 hurt in Route 6 accident

**By CURT BROWN**
Standard-Times staff writer

Five people were injured after two trucks collided yesterday on Route 6 eastbound near Maine Avenue.

Police said the crash happened at about 10:15 a.m. when a 2000 International truck, attempting to make a left-hand turn from the right lane on Route 6, collided with a 1990 Toyota pickup U-Haul, heading east in the left lane.

**DARTMOUTH**

Sgt. Ken Cotta, public information officer for the Dartmouth Police Department, said the two trucks came to rest in the median.

Marshall Hazard, 34, of Rhode Island, the operator of the International, was in satisfactory condition at St. Luke's Hospital, according to a hospital spokeswoman.

His passenger, Robert O'Neil Jr., 29, of Rhode Island, was treated and released from Charlton Memorial Hospital, Fall River.

The operator of the U-Haul, John DeMatos, 32, and a passenger, Kellie Arruda, 23, both of Fall River, were in satisfactory condi-



These two trucks suffered front-end damage yesterday in a collision along Route 6 in Dartmouth that sent five people to area hospitals.

BILL BELKNAP/Standard-Times special

tion yesterday at St. Luke's Hospital, a spokeswoman said.

A second passenger in the Toyota, Edan Morandi, 17, of Fall River, was treated and released from Charlton Memorial Hospital.

Both vehicles suffered extensive front end damage.

FEB 2 5 2002

Discovery PLUS! VIN/Claims - Details
Date: 6/ 2/2003

Time: 1:43 PM

**Reference: nn678an139454**
**Search Criteria: DEMATOS JOHN C**
Requestor: ALA

--------------------------------------------------------------------

\*\*\* SOCIAL SECURITY NUMBER:

**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    State: MASSACHUSETTS    Year Issued: 1980 - 1982**

===========================================================================

\*\*\* THE FOLLOWING SUBJECTS MATCH ON SOCIAL SECURITY NUMBER AND HAVE A SIMILAR
NAME:

DEMATOS, JOHN C            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    Credit Header 2 (09/02)

===========================================================================

\*\*\*\*\*\*\*\*\*\* ALL CREDIT HEADER SOURCES HAVE BEEN SEARCHED \*\*\*\*\*\*\*\*\*\*

===========================================================================

\*\*\* SUBJECT'S ADDRESS HISTORY(\* INDICATES RECORDS WITH THE MOST CURRENT DATE)
PUBLIC RECORDS WILL ONLY BE SEARCHED FOR THESE INDIVIDUALS:

**DEMATOS, JOHN C**                    **SS# 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**

| Address | Source |
|---------|--------|
| **\*1238 BAY ST, FALL RIVER, MA 02724** | **Credit Header 2 (09/02)** |
| 629 HAMPSTEAD AVE, CASTLE ROCK, CO 80104 | Credit Header 2 (05/02) |
| 1770 PLEASANT ST, FALL RIVER, MA 02723 | Credit Header 2 (04/02) |
| 1776 PLEASANT ST, FALL RIVER, MA 02723 | Credit Header 2 (03/02) |
| 1770 PLEASANT ST APT 2, FALL RIVER, MA 02723 | Credit Header 3 (12/01) |
| 38 WATUPPA RD, WESTPORT, MA 02790 | Composite Info  (07/01) |
| 229 PITMAN ST, FALL RIVER, MA 02723 | Credit Header 2 (04/01) |
| 38 WATUPPA RD, WESTPORT, MA 02790 | Credit Header 2 (11/00) |
|  | Credit Header 2 (03/96) |
|  | Credit Header 3 (03/89) |
|  | Credit Header 1 (03/89) |
| 229 PITMAN ST, FALL RIVER, MA 02723 | Credit Header 1 (02/89) |
|  | Credit Header 3 (12/88) |
| 5985 PELHAM DR, PORT ORANGE, FL 32127 | Credit Header 2 (08/88) |
| 11 COOK ST, FALL RIVER, MA 02724 | Composite Info |

| Date of Birth: | 02/1969 | Credit Header 1 |
|----------------|---------|-----------------|
|  | 02/28/1969 | Composite Info |
|  | 02/28/1969 | Credit Header 2 |
| **Phone:** | 386-7887448 | Credit Header 2 |
|  | 508-7301746 | Credit Header 2 |
|  | 675-9680 | Credit Header 1 |
| Gender: | MALE | Credit Header 2 |

==========================================================================

*** THE FOLLOWING SUBJECT(S) WERE ALSO FOUND BUT HAVE DIFFERENT NAMES
    AND SOCIAL SECURITY NUMBERS THAN YOUR SUBJECT
    (PUBLIC RECORDS WILL NOT BE SEARCHED FOR THESE INDIVIDUALS):

DEMATOS, JOHN

229 PITMAN ST, FALL RIVER, MA 02723         Credit Header 2 (08/00)

Phone:      508-6461944              Credit Header 2
Gender:     MALE                    Credit Header 2

------------------------------------------------------------------

DEMATOS, JOHN C

1770 PLEASANT ST # 2, FALL RIVER, MA 02723      Credit Header 2 (10/01)

Gender:     MALE                    Credit Header 2

==========================================================================

*** POSSIBLE RELATIVES AND THEIR CURRENT ADDRESSES:

  Name:      DEMATOS DAWN M
  Social Security# :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

  PO BOX 1249, WESTPORT, MA 02790

------------------------------------------------------------------

  Name:      DEMATOS JUSTIN
  Social Security# :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

108  THOMAS ST, FALL RIVER, MA 02723

------------------------------------------------------------------

  Name:      DEMATOS ALVARO

  Name:      DEMATOS ALVARO D
  Social Security# :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

  Name:      DEMATOS ALVARO J
  Social Security# :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

  Name:      DEMATOS DAWN M
  Social Security# :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

  Name:      DEMATOS JUSTIN
  Social Security# :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

Name:      DEMATOS ROSLIND D
Social Security# :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

Name:      DEMATOS ROSLIND J
Social Security# :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

11  COOK ST, FALL RIVER, MA 02724

---------------------------------------------------------------

Name:      DEMATOS JUSTIN
Social Security# :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

162  MCCLOSKEY ST, FALL RIVER, MA 02723

---------------------------------------------------------------

Name:      DEMATOS DAWN M

242  ORCHARD ST, PORT ORANGE, FL 32127

---------------------------------------------------------------

Name:      DEMATOS JUSTIN
Social Security# :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

356 S MAIN ST, FALL RIVER, MA 02721

---------------------------------------------------------------

Name:      DEMATOS ALVARO
Social Security# :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

Name:      DEMATOS ALVARO J
Social Security# :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

Name:      DEMATOS DAWN M
Social Security# :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

Name:      DEMATOS JUSTIN
Social Security# :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

Name:      DEMATOS JUSTIN A
Social Security# :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

Name:      DEMATOS ROSALIND

Name:      DEMATOS ROSILIND
Social Security# :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

Name:      DEMATOS ROSLIND
Social Security# :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

Name:      DEMATOS ROSLIND D

Social Security# :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

Name:      DEMATOS ROSLIND J
Social Security# :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

Name:      DEMATTOS ALVARO J
Social Security# :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

Name:      MATOS ALVARO J
Social Security# :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

38  WATUPPA RD, WESTPORT, MA 02790

-------------------------------------------------------------

Name:      DEMATOS ALVARO D
Social Security# :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

Name:      DEMATOS JUSTIN A

Name:      DEMATOS ROSILIND
Social Security# :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

Name:      DEMATOS ROSLIND
Social Security# :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

5985  PELHAM DR, DAYTONA BEACH, FL 32127

-------------------------------------------------------------

Name:      DEMATOS ALVARO J
Social Security# :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

Name:      DEMATOS DAWN M

5985  PELHAM DR, PORT ORANGE, FL 32127

==============================================================================

**Ref : nn678an139454**      Requestor : ALA3    Requested 06/02/03 14:03:09
ON-SITE CIVIL COURT SEARCHES - UPPER COURT

-------------------------------------------------------------

Return Date/Time: 06/05/03 18:00:39

REQUEST INFORMATION

Control #:    73136
**Type:      UPPER CIVIL LOOK UP**

**Subject Name:  JOHN DEMATOS**
**DOB:        02-28-1969**

CIVIL RECORD CHECK

Dates Searched:     06/03/1996 - 05/19/2003
County:          Bristol
Search Type:      State Civil Litigation Upper Court Search
Court:           Bristol Superior Court-Taunton
Address:          Superior Court-Taunton
                9 Court St
                Taunton, MA 02780

**Total Hits:**     **NO RECORD FOUND**


===========================================================================
**Ref : nn678an139454**      Requestor : ALA3     Requested 06/02/03 14:02:00
MA  ON-SITE CRIMINAL COURT SEARCHES - FELONY/MISDEMEANOR

------------------------------------------------------------

Return Date/Time: 06/17/03 12:00:12

REQUEST INFORMATION

Control #:     73149
**Type:**          **MA FELONY/MISDEMEANOR**

**Subject Name:  JOHN DEMATOS**
**DOB:**          **02-28-1969**

CRIMINAL RECORD CHECK

Dates Searched:     06/03/1996 - 05/19/2003
County:          Bristol
Search Type:      Felony Index Search Include Misdemeanors
Court:           Bristol Superior Court-Taunton
Address:          Superior Court-Taunton
                9 Court St
                Taunton, MA 02780

**Total Hits:**     **NO RECORD FOUND**
     **CRIMINAL RECORD CHECK**

Dates Searched:     06/03/1996 - 05/19/2003
County:          Bristol
Search Type:      Misdemeanor Record Information
Court:           Bristol Fall River Division District Court
Address:          Fall River Division District Court
                45 Rock St
                Fall River, MA 02720

**Total Hits:**     **5**

  Case Number 1:     9432CR7641
  **Case Date:**        **11/18/1994**
  Information on File: Name On File: JOHN DEMATOS

Date Of Birth On File: 02281969
Address On File: 229 Pitman Street Fall River MA
Identified By:    Last Name; First Name; Date of Birth

**Charge:**    **Felony**
**Final Charge:**    **Threatening To Commit A Crime**
**Charge Comment:**    **Felony**
**Disposition Date:**    **05/05/1995**
**Disposition:**    **Found Guilty**
**Sentence:**    **Other  Filed. Verified by name and date of birth.**

**Charge:**    **Felony**
**Final Charge:**    **Assault By Dangerous Weapon**
**Charge Comment:**    **Felony**
**Disposition Date:**    **05/05/1995**
**Disposition:**    **Found Guilty**
**Jail  2 years - Execution of sentence stayed day to day; stay revoked and de**
**Treatment Program  Undergo batterer's counseling**
**Court Costs  $50**

**Charge:**    **Felony**
**Final Charge:**    **Malicious Destruction of Property Over $250**
**Charge Comment:**    **Felony**
**Disposition Date:**    **05/05/1995**
**Disposition:**    **Found Guilty**
**Other  Filed**

**Case Number 2:**    9632CR2383
**Case Date:**    **04/27/1996**
Information on File: Name On File: JOHN DEMATOS
Date Of Birth On File: 02281969
Address On File: 379 Linden Street Fall River MA
Identified By:    Last Name; First Name; Date of Birth

**Charge:**    **Misdemeanor**
**Final Charge:**    **Assault & Battery**
**Charge Comment:**    **Misdemeanor**
**Disposition Date:**    **05/24/1996**
**Disposition:**    **Found Guilty**
**Sentence:**    **Jail  9 months**
**Other  No contact with victim. Verified by name and date of birth.**

**Case Number 3:**    9732CR1739
**Case Date:**    **03/30/1997**
Information on File: Name On File: JOHN DEMATOS
Date Of Birth On File: 02281969
Address On File: 260 Fountain Street, D4 Fall River MA
Identified By:    Last Name; First Name; Date of Birth

**Charge:**    **Misdemeanor**
**Final Charge:**    **Assault & Battery**
**Charge Comment:**    **Misdemeanor**

Disposition Date:   11/14/1997
Disposition:        Plead Guilty
Sentence:           Jail  1 year, w/credit for 220 days. Verified by name
                    and date of birth.

Case Number 4:      9932CR005690
Case Date:          09/18/1999
Information on File: Name On File: JOHN DEMATOS
                    Date Of Birth On File: 02281969
                    Address On File: 36 Watuppa Ave. Westport MA
Identified By:      Last Name; First Name; Date of Birth

Charge:             Misdemeanor
Final Charge:       Operating Under Influence of Liquor
Charge Comment:     Misdemeanor
Disposition Date:   01/10/2000
Disposition:        Found Guilty
Sentence:           Probation  1 year
                    Treatment Program  Attend alcohol program
                    Other  Loss of license for 45 days. Verified by name
                    and date of birth.
                    Fined  $60

Charge:             Misdemeanor
Final Charge:       Negligent Operation of Motor Vehicle
Charge Comment:     Misdemeanor
Disposition Date:   01/10/2000
Disposition:        Found Guilty
                    Jail  6 months - suspended
                    Probation  6 months, consecutive. Verified by name an

Case Number 5:      0332CR003522
Case Date:          04/13/2003
Information on File: Name On File: JOHN DEMATOS
                    Date Of Birth On File: 02281969
                    Address On File: 1776 Pleasant Street Westport MA 02723
Identified By:      Last Name; First Name; Date of Birth

Charge:             Felony
Final Charge:       Malicious Destruction of Property Over $250
Charge Comment:     Felony
Disposition Date:   07/31/2003
Disposition:        Pending Next Court Date Scheduled for
Sentence:           Other

=============================================================================

**Ref : nn678an139454**     Requestor : ALA3     Requested 06/02/03 14:03:09
ON-SITE CIVIL COURT SEARCHES - LOWER COURT

----------------------------------------------------------------

Return Date/Time: 06/18/03 09:00:19

REQUEST INFORMATION

Control #:     73139
**Type:**     **LOWER CIVIL LOOK UP**

**Subject Name:  JOHN DEMATOS**
**DOB:**     **02-28-1969**

**CIVIL RECORD CHECK**

Dates Searched:     06/03/1996 - 05/19/2003
County:     Bristol
Search Type:     State Civil Litigation Lower Court Search
Court:     Bristol Fall River Division District Court
Address:     Fall River Division District Court
          45 Rock St
          Fall River, MA 02720

**Total Hits:**     **NO RECORD FOUND**

Match #: 1 Reason for Match: SSN of Claimant
**Activity & Date: Property/Casualty 10/11/1992**     File Number: 0C000394881
**Type of Loss: Personal Automobile - Liability  Bodily Injury Auto Related**
Location of Loss: PLYMOUTH     ST
     City: WESTPORT     State: MA     Zip:
ISO Received: 05/14/1993
     **Company: SAFETY INSURANCE COMPANY**     Phone:
     Address: 20 CUSTOM HOUSE ST
     City: BOSTON     State: MA     Zip: 02110
Claim Number: 371062

**Involved Party: Claimant**
     **Name: DEMATOS,JOHN,**
     **Address: 38   WATUPA     RD**
     **City: WESTPORT     State: MA     Zip: 02790**
     DOB: 02/28/1969
—>     SSN: 031604965     (SSN ISSUED     MA/1980-1982)
     Injury/Damage: NECK BACK

     **Service Provider: Medical Doctor(M.D.)**
     **Name: FALL DAVID**
     Address: 332   EASTERN     AVE
     City: FALL RIVER     State: MA     Zip:

**Involved Party: Insured**
**Name: GUSWSKI FREDERICK**

Match #: 2 Reason for Match: SSN of Claimant
**Activity & Date: Property/Casualty 12/18/1999     File Number: 4M000629064**
**Type of Loss: Commercial Automobile - Liability Bodily Injury Auto Related**
Location of Loss: ROBESON AND PRESIDENT AVE
City: FALL RIVER          State: MA     Zip:
ISO Received: 02/01/2000
**Company: ARBELLA MUTUAL INSURANCE COMPANY          Phone: 5089234501**
Address: 11 RIVERSIDE DR     *
City: LAKEVILLE          State: MA     Zip: 02347
Claim Number: 661294217002

**Involved Party: Claimant**
**Name: DEMATOS,JOHN,**
**Address: 38 WATTUPA RD**
**City: WESTPORT          State: MA     Zip:**
**DOB: 02/28/1969**
--> **SSN: 031604965     (SSN ISSUED     MA/1980-1982)**
Injury/Damage: NECK, LT SHOULDER

Service Provider: Lawyer For Claimant
**Name: SILVA JOSEPH**
City: FALL RIVER          State: MA     Zip:

**Involved Party: Insured**
**Name: LOURO ALEX T 2024642840**
Address: MA

Match #: 3 Reason for Match: SSN of Insured
**Activity & Date: Property/Casualty 04/13/2001          File Number: 8E000955672**
**Type of Loss: Personal Automobile**
ISO Received: 11/15/2001
First Payment: 04/17/2001
**Company: METROPOLITAN PROPERTY AND CASUALTY INS C   Phone:**
Address: PO BOX 350
City: WARWICK          State: RI     Zip: 02887
Claim Number: WBA448920
Policy Number: 031604965A0
Operator is Policyholder #1.
Coverage Type: Collision
Claim Status: Closed
Claim Amount: 1,842
Coverage Type: Liability - Property Damage
Claim Status: Closed
Claim Amount: 907

**Involved Party: Insured**
  **Name: DEMATOS,JOHN,C**
  **Address: 38 WATUPPA ROAD**
   **City: WESTPORT**   **State: MA**  **Zip: 02790**
-->   **SSN: 031604965**  **(SSN ISSUED**  **MA/1980-1982)**
   **VIN: 1LNBM93E5JY604358  (PASS)** **Year: 1988**
   **Make: LINCOLN**   **Model: MARK VII**


**Involved Party: Insured Driver**
  **Name: DEMATOS,JOHN,**
  **Address: 38 WATUPPA ROAD**
   **City: WESTPORT**   **State: MA**  **Zip: 02790**
   **DOB: 02/28/1969**
  **Driver Lic: 031604965**   **State: MA**

AUTOMN. 16.2002 6:41AM GTS O.D.G.
Case 1:06-cv-00271-S-DLM Document 10-4 Filed 10/05/2005 Page 512 of 129
COMMERCIAL VEHICLES

ENTERED 1-18-02 (C) (K) ✓ DIVISION NO. _____ 9

| 1. POLICY-HOLDER | Policyholder Name GENERAL TRANSPORTATION SERVICES, INC. | | Policy Number | | Phone (315) 451-8840 | |
|---|---|---|---|---|---|---|
| | Business Address 5 LUMBER WAY | | City LIVERPOOL | | State NEW YORK | Zip Code 13090 |

| 2. POLICY-HOLDER VEHICLE | Make and Year 1999 Intl 4700 | Unit No. 093647 | Est. Cost of Repairs (If known) N/A |
|---|---|---|---|
| | Parts Damaged 7 Continental St Apt17 NARRAGANSETT RI 02882 401-789-5589 Driverside Box - 2priors, Frame bent, gastank, air li-k) Cannister, CAB | | |

| 3. DRIVER & PASSENGERS OF POLICY-HOLDER VEHICLE | Driver's Name Marshall Hazard 5-21-01 (4) |
|---|---|
| | Driver's License No. 8452.927          49297  RI |
| | Passenger Name Robert O'neil          LHTSCAAL0YH659162 |

| 4. OTHER VEHICLE OR PROPERTY INVOLVED | Owner's Name and Address N/A | | Phone ___ and Address |
|---|---|---|---|
| | Vehicle Make and Year 1990's Toyota U-HAUL 12' | License Plate No. N/A | Ins. Carrier N/A |
| | Nature of Damage Total CAB / Right Box | Est. Cost of Repair $ Total Loss |

| 5. OPERATOR AND PASSENGERS OF OTHER VEHICLE | Operator's Name and Address No Info Available | Phone ___ |
|---|---|---|
| | Passenger Name and Address 2 Passengers | Phone ___ |
| | Passenger Name and Address N/A | Phone ___ |

| 6. DATE, TIME PLACE | Date of Accident 1/17/02 | Time 11:00 ✓ ☐AM ☐PM | Exact Location of Accident or Loss Street 764 State Rd City Darmouth          State MA |
|---|---|---|---|

| 7. POLICE AND WITNESSES | Reported to Police ☑Yes ☐No | What Station Dartmouth, Mass | Date Reported 1/17/02 |
|---|---|---|---|
| | Witness Name and Address | | Phone |

WRITE IN STREET NAMES AND, IF POSSIBLE, THE POINTS OF THE COMPASS

1 = GTS

**DRIVER'S DESCRIPTION OF ACCIDENT**

While heading west on RT6 GTS Truck cut in front of vehicle in highspeed lane while attempting U-turn. Three passengers in UHAUL truck and Transported to hospital

Sign Here _____

**TERMINAL MANAGER'S COMMENTS**

85 gallons of fuel spilled onto RTb HAZ-MAT contacted. Driver + Helper Treated and released. No Fatalities. Driver (GTS) cited

Sign Here _____

PLEASE ILLUSTRATE ON THIS DIAGRAM HOW ACCIDENT OCCURED

Fax to (315)453-5637 ON THE DAY OF THE ACCIDENT.