UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN C. DEMATOS, et al )<br>*Plaintiffs* )<br>)<br>Vs. )<br>)<br>MARSHALL S. HAZARD, et al )<br>*Defendants* ) | CIVIL ACTION NO.: 05-10372 |

## DEFENDANTS, MARSHALL S. HAZARD, et al, CORPORATE DISCLOSURE STATEMENT

Pursuant to U.S. District Court Local Rule 7.3, General Transportations Services, Inc., hereby states that it has no parent corporation. No publicly held company owns more than 10% of the stock.

The Defendants,

MARSHALL S. HAZARD, et al

By its Attorneys,

/s/ Gordon L. Sykes
Gordon L. Sykes
BBO#: 555580
Brian R. Sullivan
BBO#: 648576
MORRISON MAHONEY LLP
10 North Main Street
Fall River, MA 02720
(508) 677-3100

Dated: April 25, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN C. DEMATOS, et al )<br>*Plaintiffs* )<br> )<br>Vs. )<br> )<br>MARSHALL S. HAZARD, et al )<br>*Defendants* ) | CIVIL ACTION NO.: 05-10372 |

### DEFENDANTS, MARSHALL S. HAZARD, et al, CERTIFICATION PURSUANT TO L.R. 16.1(D)(3)

The defendants counsel, Gordon L. Sykes, and the defendant, Marshall Hazard, et al, hereby certify that pursuant to L.R. 16.1 (D)(3), both parties have conferred to establish a budget for the costs of litigation along with alternative courses of litigation and have considered the resolution of such litigation through alternative dispute resolution programs.

MARSHALL S. HAZARD, et al

_____
James Gouchie
5 Lumber Way
Liverpool, NY 13090
(315) 451-8840

_____
Gordon L. Sykes
BBO#: 555580
Brian R. Sullivan
BBO#: 648576
MORRISON MAHONEY LLP
10 North Main Street
Fall River, MA 02720
(508) 677-3100