UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN C. DeMATOS and KELLIE ARRUDA
          Plaintiff(s)

V.

MARSHALL S. HAZARD and
GENERAL TRANSPORTATION SERVICES, INC.
          Defendant(s)

CIVIL ACTION

NO.  05-10372-JLA

REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE   ALEXANDER

SWARTWOOD, C.M.J.

On December 28, 2005   I held the following ADR proceeding:

____   EARLY NEUTRAL EVALUATION     X   MEDIATION
____   MINI-TRIAL                   ____ SUMMARY JURY TRIAL
____   SETTLEMENT CONFERENCE

All parties were represented by counsel.

The case was:

[X]   Settled as to Kellie Arruda and your clerk should enter a 30 day order of dismissal with respect to Ms. Arruda's claims against the Defendants.

[ ]   There was progress.  A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[X]   Further efforts to settle this case with respect to John C. DeMatos. at this time are, in my judgment, unlikely to be productive.  Therefore, this case with respect to Mr. DeMatos should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:
_____
_____

December 28, 2005                        /s/Charles B. Swartwood, III

    DATE                                  CHARLES B. SWARTWOOD, III
                                         UNITED STATES CHIEF MAGISTRATE
JUDGE