## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN C. DEMATOS & KELLIE ARRUDA<br>          Plaintiff<br><br>          V.<br><br>MARSHALL S. HAZARD &<br>GENERAL TRANSPORTATION<br>SERVICES, INC.<br>          Defendant | CIVIL ACTION<br><br>NO. 05-CV-10372-JLA |

### SETTLEMENT ORDER OF DISMISSAL

ALEXANDER   M. J.

The Court having been advised on   DECEMBER 28, 2005   that the above-entitled action has been settled **AS TO PLAINTIFF, KELLIE ARRUDA ONLY, AGAINST THE DEFENDANTS.**

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (30) days if settlement is not consummated.

                                                                                    By the Court,

12/28/05                                                          /S/ Jarrett Lovett
Date                                                                Deputy Clerk

(Dismissal Settlement.wpd - 12/98)