*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF MASSACHUSETTS*

*CIVIL ACTION NO.: 05-10372*

| | |
|---|---|
| *JOHN C. DEMATOS* ) | |
| *PLAINTIFF,* ) | |
| ) | *(ASSENTED TO)* |
| *Vs.* ) | *MOTION TO CONTINUE* |
| ) | |
| *MARSHALL S. HAZARD and* ) | |
| *GENERAL TRANSPORTATION* ) | |
| *SERVICE,* ) | |
| *DEFENDANTS,* ) | |

     Now comes the Plaintiff, John C. DeMatos, with the assent of the Defendants, Marshall S. Hazard and General Transportation Service, hereby respectfully requests that this Honorable Court continue the Status Conference currently scheduled for February 9, 2006, before the Honorable Magistrate Judge Joyce London Alexander.

     As reasons therefor, counsel for the Plaintiff is currently scheduled to appear before the Fall River Second District Court Massachusetts relative to a civil trial entitled Ecin Industries, Inc. v. Caneel bay, Ltd., Civil Action No.:  200432CV000684.  Plaintiff's counsel has attempted to continue the civil trial, but the counsel's Motion to Continue was denied on January 26, 2006.

| | |
|---|---|
| Assented to, | Respectfully submitted, |
| | The Plaintiff, |
| | By his attorneys, |
| | SAULINO & SILVIA, P.C. |
| | |
| By:___/s/ Gordon L. Sykes_____ | By:___/s/Joseph H. Silvia_____ |
|    Gordon L. Sykes |    Joseph H. Silvia, Esquire |
|    BBO #: 555580 |    BBO #: 552215 |
|    10 North Main Street |    550 Locust Street |
|    Fall River, MA 02720 |    Fall River, MA 02720 |
|    (508) 677-3100 |    (508) 675-7770 |
|    January 31, 2006 |    January 31, 2006 |

## *CERTIFICATE OF SERVICE*

***BRISTOL, ss.***                                              ***January 31, 2006***


     I, Joseph H. Silvia, Esquire, Counsel for the Plaintiff herein, hereby certifies that a copy of the foregoing Motion to Continue was served this date upon the Defendants via facsimile and by mailing same via first-class, postage prepaid to Gordon L. Sykes, Esquire, Morrison Mahoney, LLP, 10 North Main Street, Fall River, Massachusetts 02720.


                      /s/Joseph H. Silvia
                      Joseph H. Silvia, Esquire
                      Counsel for Plaintiff