# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| _____ | ) | |
| JOHN C. DEMATOS and | ) | |
| KELLIE ARRUDA, | ) | |
| *Plaintiffs* | ) | |
|  | ) | CIVIL ACTION NO.: 05-10372 |
| Vs. | ) | |
|  | ) | |
| MARSHALL S. HAZARD and | ) | |
| GENERAL TRANSPORTATION | ) | |
| SERVICES, INC., | ) | |
| *Defendants* | ) | |
| _____ | ) | |

## STIPULATION OF DISMISSAL

Now come the parties in the above-entitled matter, pursuant to Rule 41(a)(1)(ii), and stipulate that Counts Three and Four of the complaint pertaining to the plaintiff, Kellie Arruda, be dismissed as to defendants, **Marshall S. Hazard** and **General Transportation Services, Inc.,** with prejudice, and without costs.


KELLIE ARRUDA

By Her Attorneys,

**SAULINO & SILVIA**


___/s/ Joseph H. Silvia_____
Joseph H. Silvia
BBO #552215
550 Locust Street
Fall River, MA 02720
(508) 675-7770


MARSHALL S. HAZARD
GENERAL TRANSPORTATION
   SERVICES, INC.

By Their Attorneys,

**MORRISON MAHONEY LLP**


___/s/ Gordon L. Sykes_____
Gordon L. Sykes
BBO# 555580
10 North Main Street
Fall River, MA 02720
(508) 677-3100

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 2, 2006.

                                         /s/ Gordon L. Sykes