UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN C. DEMATOS and<br>KELLIE ARRUDA,<br>*Plaintiffs*<br><br>Vs.<br><br>MARSHALL S. HAZARD and<br>GENERAL TRANSPORTATION<br>SERVICE,<br>*Defendants* | )<br>)<br>)<br>) CIVIL ACTION NO.: 05-10372<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Kindly enter my appearance as co-counsel for the defendants, Marshall S. Hazard and General Transportation Service, in the above-entitled matter.

_____
Meredith P. Rainey
BBO #652697
Morrison Mahoney LLP
10 North Main Street
Fall River, MA  02720
508-677-3100

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on all counsel of record, by mail, postage prepaid.

_____
Meredith P. Rainey

Dated: March 3, 2006

FILED
In Open Court
USDC, Mass.
Date 3/3/06
By JARRETT LOVETT
Deputy Clerk