UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

John Dematos, et al
Plaintiff
                    V.                                    Civil Action Number
Marshall Hazard, et al                                    05-CV-10372-JLA
Defendant

AMENDED SCHEDULING ORDER

Alexander, M.J.,

Designation of experts deadline: 4/3/06

Exchange of Experts deadline: 4/23/06

Exchange of Exhibits: 5/15/06

Proposed Jury Instructions: 5/31/06

Hearing on Jury Instructions on 6/7/06 @ 2:00 PM

Jury Trial on 6/19/06 @ 10:00 AM

                                        By the Court,

3/3/06                                          /s/ Jarrett Lovett
Date                                            Deputy Clerk