UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                              )
JOHN C. DEMATOS and            )
    *Plaintiffs*              )
                              )   CIVIL ACTION NO.: 05-10372
Vs.                           )
                              )
MARSHALL S. HAZARD and         )
GENERAL TRANSPORTATION         )
SERVICE,                      )
    *Defendants*             )
_____)

### DEFENDANTS' DESIGNATION OF EXPERTS

The defendants hereby designate the following expert:

John P. Latchaw, M.D.
100 Highland Street, Suite 123
Milton, MA  02186

By Their Attorneys,

**MORRISON MAHONEY LLP**

    /s/ Meredith P. Rainey
Gordon L. Sykes, BBO #555580
Meredith P. Rainey, BBO #652697
10 North Main Street
Fall River, MA 02720
(508) 677-3100