UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-10372

JOHN C. DEMATOS, )
    PLAINTIFF, )
)
VS. ) **DESIGNATION OF EXPERTS**
)
MARSHALL S. HAZARD and )
GENERAL TRANSPORTATION )
SERVICE, )
    DEFENDANTS, )

Now comes the Plaintiff, John C. DeMatos, in the above-captioned matter and, by and through counsel, respectfully designates the following individual as an expert witness:

**RONALD HANTMAN, M.D.**
1030 President Avenue
Fall River, Massachusetts 02720

Respectfully submitted,
The Plaintiff,
By his attorneys,
SAULINO & SILVIA, P.C.

By: /s/Joseph H. Silvia
Joseph H. Silvia, Esquire
BBO #: 552215
550 Locust Street
Fall River, MA 02720
(508) 675-7770
April 3, 2006

SAULINO & SILVIA, P.C.
Attorneys at Law
550 LOCUST STREET
FALL RIVER, MA 02720
TELEPHONE
(508) 675-7770
FACSIMILE
(508) 675-7771

## CERTIFICATE OF SERVICE

**BRISTOL**, *ss.*                                                                                   ***APRIL 3, 2006***

  I, Joseph H. Silvia, Esquire, Counsel for the Plaintiff herein, hereby certifies that a copy of the foregoing Designation of Expert was served this date upon the Defendants via facsimile and by mailing same via first-class, postage prepaid to Gordon L. Sykes, Esquire, Morrison Mahoney, LLP, 10 North Main Street, Fall River, Massachusetts 02720.

               /s/Joseph H. Silvia
               Joseph H. Silvia, Esquire
               Counsel for Plaintiffs

SAULINO & SILVIA, P.C.
Attorneys at Law
550 LOCUST STREET
FALL RIVER, MA 02720
TELEPHONE
(508) 676-7770
FACSIMILE
(508) 675-7771