## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ ) | |
| JOHN C. DEMATOS and ) | |
|     *Plaintiff* ) | CIVIL ACTION NO.: 05-10372 |
| ) | |
| Vs. ) | |
| ) | |
| MARSHALL S. HAZARD and ) | |
| GENERAL TRANSPORTATION ) | |
| SERVICES, INC., ) | |
|     *Defendants* ) | |
| _____ ) | |

### STIPULATION OF DISMISSAL

Now come the parties in the above-entitled matter, pursuant to Rule 41(a)(1)(ii), and stipulate that the complaint be dismissed as to defendants, **Marshall S. Hazard** and **General Transportation Services, Inc.,** with prejudice, and without costs.

|  |  |
|---|---|
| | MARSHALL S. HAZARD |
| | GENERAL TRANSPORTATION |
| |    SERVICES, INC. |
| JOHN C. DEMATOS | |
| By His Attorneys, | By Their Attorneys, |
| **SAULINO & SILVIA** | **MORRISON MAHONEY LLP** |
|    /s/ Joseph H. Silvia |    /s/ Gordon L. Sykes |
| Joseph H. Silvia | Gordon L. Sykes |
| BBO #552215 | BBO# 555580 |
| 550 Locust Street | 10 North Main Street |
| Fall River, MA 02720 | Fall River, MA 02720 |
| (508) 675-7770 | (508) 677-3100 |